# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>FIRST MERCHANTS BANK, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 1:19-cv-02365-JPH-MPB |

## MOTION FOR ENTRY OF SETTLEMENT AGREEMENT AND AGREED ORDER

The undersigned request that the Court enter the attached Settlement Agreement and Agreed Order. The Agreed Order reflects the agreement reached between the parties to resolve all factual allegations and legal claims in the United States' Complaint [Dkt. No. 1.]

Respectfully submitted,

**For the United States of America:**

|  |  |
|---|---|
|  | ERIC S. DREIBAND<br>Assistant Attorney General<br>Civil Rights Division |
| JOSHUA MINKLER<br>United States Attorney<br>Southern District of Indiana | SAMEENA SHINA MAJEED<br>Chief |
| /s/ Kelly Rota<br>KELLY ROTA<br>Assistant United States Attorney<br>United States Attorney's Office<br>Southern District of Indiana<br>10 West Market Street, Suite 2100<br>Indianapolis, IN 46204-3048<br>Phone:  (317) 226-6333<br>Fax:      (317) 226-6125<br>Kelly.Rota@usdoj.gov | /s/ Junis L. Baldon<br>JON M. SEWARD<br>Principal Deputy Chief<br>JUNIS L. BALDON<br>MARTA CAMPOS<br>Trial Attorneys<br>Housing and Civil Enforcement Section<br>950 Pennsylvania Avenue NW - NWB<br>Washington, D.C. 20530<br>Phone:  (202) 514-4713<br>Fax:      (202) 514-1116<br>Junis.Baldon@usdoj.gov |

**For First Merchants Bank:**

|  |  |
|---|---|
| /s/ Andrea K. Mitchell<br>ANDREA K. MITCHELL<br>CHRISTOPHER T. NAPIER<br>Mitchell Sandler LLC<br>1120 20th Street, NW, Suite 725<br>Washington, D.C. 20036<br>Phone:  (202) 886-5260<br>amitchell@mitchellsandler.com<br>***Signed with Permission*** | /s/ Richard J. Hall<br>RICHARD J. HALL<br>Barnes & Thornburg LLP<br>11 South Meridian Street<br>Indianapolis, IN 46204-3535<br>Phone:  (317) 231-7516<br>Fax: (317) 231-7433<br>richard.hall@btlaw.com<br>***Signed with Permission*** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of June 2019, I electronically served via electronic mail and filed the foregoing with the Clerk of the Court for the U.S. District Court for the Southern District of Indiana via the CM/ECF system, which will send notice to all registered users.  In addition, I certify that the foregoing has been served via first-class U.S. mail and by electronic mail in accordance with the Federal Rules of Civil Procedure to the following:

Andrea K. Mitchell
Mitchell Sandler LLC
1120 20th Street, NW
Suite 725
Washington, DC 20036
Phone:  (202) 886-5261
amitchell@mitchellsandler.com

Richard J. Hall
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204
Phone:  (317) 231-7516
richard.hall@btlaw.com

/s/ Junis L. Baldon
*Attorney for Plaintiff United States of America*