UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> FIRST MERCHANTS BANK, ) <br> ) <br> Defendant. ) <br> _____) | Cause No. 1:19-cv-02365-JPH-MPB |

**JOINT STIPULATION FOR EARLY TERMINATION OF SETTLEMENT AGREEMENT AND AGREED ORDER**

The United States of America and First Merchants Bank submit this Joint Stipulation for Early Termination of the Settlement Agreement and Agreed Order in this action.

1. On June 13, 2019, the United States filed a Complaint alleging that First Merchants Bank engaged in illegal redlining of majority-Black areas in Indianapolis-Marion County, Indiana in violation of the Fair Housing Act ("FHA"), 42 U.S.C. §§ 3601-3619, and the Equal Credit Opportunity Act, ("ECOA") 15 U.S.C. §§ 1691-1691f. [Dkt. No. 1.]

2. The United States and First Merchants Bank simultaneously filed a Motion for Entry of Settlement Agreement and Agreed Order ("Agreed Order"), for the Court's approval. The Agreed Order resolved all the factual allegations and the legal claims made under the FHA and ECOA in the United States' Complaint. [Dkt. No. 2.]

3. On August 9, 2019, the Court granted the parties' motion and entered the Agreed Order. [Dkt. No. 11.]

4. Paragraph 51 of the Agreed Order provides for the order to remain in effect four years from entry by the Court "except if substantial progress is shown by the Bank in increasing

its lending in majority-Black census tracts in Indianapolis-Marion County, the parties may seek Court approval to terminate this Agreed Order after three years."

5. The parties now represent to the Court that all terms of the Agreed Order have been met or exceeded in advance of the end of the four-year term. Specifically, First Merchants Bank has successfully:

    a. Taken all actions necessary to ensure that it offers and provides all persons with an equal opportunity to apply for and obtain credit;

    b. Conducted fair lending training for its employees;

    c. Conducted a community credit needs assessment of Indianapolis-Marion County to guide its fair lending compliance efforts;

    d. Created and distributed a loan subsidy fund of $1.12 million aimed at majority-Black census tracts in Indianapolis-Marion County that the United States contended in its Complaint were illegally redlined;

    e. Increased its lending in majority-Black census tracts in Indianapolis-Marion County;

    f. Devoted $500,000 toward advertising, community outreach, and credit repair and education initiatives in those census tracts;

    g. Opened a full-service branch in a majority-Black area of Indianapolis-Marion County and a loan production office that is accessible to multiple majority-Black census tracts;

    h. Employed a director of community lending and development to oversee the Bank's efforts and work closely with the Bank's leadership; and,

      i.      Retained an independent third-party consultant to assess its fair lending risk management program.

For the foregoing reasons, the parties respectfully request the Court enter the attached order, providing for early termination of the Agreed Order.

Respectfully submitted on the 23rd of December 2022.

**For the United States of America:**

|  |  |
|---|---|
|  | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| ZACHARY A. MYERS<br>United States Attorney<br>Southern District of Indiana | SAMEENA SHINA MAJEED<br>Chief |
| /s/ Jeffrey D. Preston<br>JEFFREY D. PRESTON<br>Assistant United States Attorney<br>United States Attorney's Office<br>Southern District of Indiana<br>10 West Market Street, Suite 2100<br>Indianapolis, IN 46204-3048<br>Phone: (317) 226-6333<br>Fax: (317) 226-6125<br>jpreston2@usdoj.gov | /s/ Marta Campos<br>JON M. SEWARD<br>Principal Deputy Chief<br>MARTA CAMPOS<br>Trial Attorney<br>Housing and Civil Enforcement Section<br>150 M Street, NW<br>8th floor<br>Washington, D.C. 20002<br>Phone: (202) 514-4713<br>Fax: (202) 514-1116<br>marta.campos@usdoj.gov |

**For First Merchants Bank:**

/s/ Brian T. Hunt
BRIAN T. HUNT
Senior Vice President – General Counsel
First Merchants Bank
200 East Jackson Street
Muncie, IN 47305
Phone: (765) 378-2650
BHunt@firstmerchants.com
***Signed with Permission***

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of December 2022, I electronically served and filed the foregoing with the Clerk of the Court for the U.S. District Court for the Southern District of Indiana via the CM/ECF system, which will send notice to all registered users.

/s/ Jeffrey D. Preston
*Attorney for Plaintiff United States of America*
