UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:19-cv-02365-JPH-MPB |
| ) | |
| FIRST MERCHANTS BANK, ) | |
| ) | |
| Defendant. ) | |

**ENTRY**

After the United States filed a complaint alleging that First Merchants Bank engaged in illegal redlining of majority-Black areas in Indianapolis-Marion County, Indiana, in violation of the Fair Housing Act and the Equal Credit Opportunity Act, the parties reached a settlement agreement. *See* dkts. 1, 2. On August 9, 2019, the Court entered that settlement agreement, dkt. 11, which provides that the agreement shall remain in effect for four years "except if substantial progress is shown by the Bank in increasing its lending in majority-Black census tracks in Indianapolis-Marion County, the parties may seek Court approval to terminate [the settlement agreement] after three years." Dkt. 2-1 at 17 (Settlement Agreement ¶ 51).

Now, three years have passed and the "parties now represent that all terms of the [settlement agreement] have been met or exceeded" and seek Court approval to terminate the agreement early. Dkt. 14 at 2–3. The Court finds that early termination is lawful, fair, reasonable, and adequate; therefore, the

joint stipulation for early termination of the settlement agreement, dkt. 14, is

**ENTERED**.

**SO ORDERED.**

Date: 12/28/2022

                                            *James Patrick Hanlon*
                                            James Patrick Hanlon
                                            United States District Judge
                                            Southern District of Indiana

Distribution to all electronically registered counsel